UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMANUEL HEMPHILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-2180 (UNA) |
| | ) |
| LOCAL GOVERNMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and for the following reasons, will dismiss the complaint without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff describes a multitude of alleged constitutional violations committed by local, state and federal government officials, a private prison, and others, while Plaintiff was detained before trial, during the criminal proceedings themselves, serving his prison sentence, and after his release. Notwithstanding the length of the complaint, Plaintiff offers few factual allegations specific enough to identify a particular legal claim against a particular defendant. What factual allegations there are, taken together, are not sufficient to put Defendants on notice of the claims against them. For example, Plaintiff alleges he was subjected to assaults, theft of personal and intellectual property, sexual harassment, and attempted assassination, *see* Compl. at 13 (page number designated by CM/ECF), without stating where these events occurred or which Defendants are responsible for the alleged conduct. As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). Therefore, the Court will dismiss the complaint without prejudice. An Order is issued separately.

DATE: September 26, 2022

_____

JIA M. COBB
United States District Judge